IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| GRACE OCEAN PRIVATE LIMITED,<br>ET AL.<br>*Petitioners-Appellees*<br>v. | )<br>)<br>) | |
| GERALD BARNEY, ET AL.<br>*Claimants-Appellants* | )<br>) | **NO. 26-2355 (L)**<br>(1:24-cv-00941-JKB) |
| CONSOL ENERGY, INC.<br>*Claimant-Appellant* | )<br>) | NO. 26-2374 |
| E. MARINE MOTOR YACHT SALES<br>PTY LTD., ET AL.<br>*Claimants-Appellants* | )<br>) | NO. 26-2379 |
| PENN MANUFACTURING<br>INDUSTRIES LLC, ET AL.<br>*Claimants-Appellants* | )<br>) | NO. 26-2383 |
| LIBERTY MUTUAL INSURANCE<br>EUROPE SE, ET AL.<br>*Claimants-Appellants* | )<br>) | NO. 26-2387 |

---

## JOINT MOTION TO SUSPEND BRIEFING

Petitioners–Appellees Grace Ocean Private Limited and Synergy Marine Pte Ltd ("Petitioners-Appellees") and the Claimants–Appellants in each of the five above-referenced appeals ("Claimants-Appellants") jointly move, under Federal Rules of Appellate Procedure ("FRAP") 26(b) and 27 to suspend the current briefing schedules in the above-referenced appeals (the "Appeals") until the Court rules on

the parties' two pending joint motions. In support of their requested relief, the parties state as follows:

## I. BACKGROUND

The relevant factual and procedural background is set forth in the parties Joint Motion to Consolidate and to Establish a Briefing Schedule in the Consolidated Case (ECF No. 17) (hereinafter, the "Motion to Consolidate").

On November 6, 2026, the parties filed a Joint Motion to Consolidate and to Establish a Briefing Schedule in Consolidated Case (ECF No. 17) (the "Motion to Consolidate"), and a Joint Motion for Permission to File Briefs Exceeding Page-Length Limitations (Doc. 16) (the "Page-Limitation Motion"). The parties have requested that the Court consider the two motions together.

The Motion to Consolidate asks the Court to consolidate Case Nos. 26-2374, 26-2379, 26-2383, and 26-2387 into Case No. 26-2355(L). It also asks the Court to replace the existing briefing orders with a single, consolidated schedule. The claimants-appellants' opening brief and joint appendix in the Lead Case are currently due on November 18, 2026.

## II. ANALYSIS

The Motion to Consolidate and Page-Limitation Motion remain pending. The parties respectfully request briefing be suspended until this Court rules on the pending motions.

Good cause exists to suspend briefing, and no party will be prejudiced by the requested suspension. The current briefing orders remain in effect. This Court's ruling, however, on the parties' jointly filed motions may supersede the current briefing orders. Further, the parties jointly agree that briefing should be suspended until the pending motions are adjudicated. Suspending the briefing will preserve party resources and promote fairness and efficiency.

## III. CONCLUSION

WHEREFORE, the parties respectfully request that the Court suspend all current briefing deadlines in Case Nos. 26-2355(L), 26-2374, 26-2379, 26-2383, and 26-2387 pending disposition of the Motion to Consolidate and the Page-Limitation Motion.

Dated: November 13, 2026

**DUANE MORRIS LLP**

*/s/ Tristan A. Dietrick*
Laurie G. Furshman
lgfurshman@duanemorris.com
Robert B. Hopkins
rbhopkins@duanemorris.com
Tristan A. Dietrick
tdietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21231
(410) 949-2937

**BLANK ROME LLP**

William R. Bennett

william.bennett@blankrome.com
Thomas H. Belknap, Jr.
thomas.belknap@blankrome.com
1271 Avenue of the Americas
New York, NY 10174-0208
(212) 885-5000

Kierstan L. Carlson
kierstan.carlson@blankrome.com
1825 Eye Street, N.W.
Washington, DC 20006
(202) 772-5862

*Counsel for Petitioners-Appellees Grace Ocean Private Limited, as Owner of the M/V DALI, and Synergy Marine Pte Ltd, as Manager of the M/V DALI*

**MURPHY, FALCON & MURPHY**

*/s/ Jason P. Foster*
Jason P. Foster
jason.foster@murphyfalcon.com
1 South Street, 30th Floor
Baltimore, MD 21202
(410) 951-8803

*Counsel for Claimants-Appellants Gerald Barney, Thomas Crawley, Ryan Hale, Tulani Hasan, Donny Jackson, Charles Peacock, Douglas Ramos, and Alonzo Key (No. 26-2355)*

**NILES, BARTON & WILMER, LLP**

*/s/ Mark J. Stiller*
Mark J. Stiller
mjstiller@nilesbarton.com

111 South Calvert Street, Suite 1400
Baltimore, MD 21202-6185
(410) 783-6300

*Counsel for Claimant-Appellant CONSOL Energy, Inc. (No. 26-2374)*

**LOCHNER LAW FIRM PC**

*/s/ Todd D. Lochner*
Todd D. Lochner
tlochner@lochnerlawfirm.com
7076 Bembe Beach Road, Suite 201,
Mailbox 6
Annapolis, MD 21403
(443) 716-4400

**SMOUSE & MASON, LLC**

Roy L. Mason
rlm@smouseandmason.com
225 Duke of Gloucester Street
Annapolis, MD 21401
(410) 269-6629

**MILBERG, PLLC**

Vicki J. Maniatis
vmaniatis@milberg.com
405 East 50th Street
New York, New York 10022
(866) 252-0878

*Counsel for Claimants-Appellants E. Marine Motor Yacht Sales PTY Ltd., American Publishing, LLC, Underwood Energy Inc., Star Bulk (Singapore) Pte. Ltd, American Sugar Refining, Inc., Florida Sugar & Molasses Exchange, Inc., R.E.*

*West Inc., Captain C. Logistics, LLC, and B&R Construction Services, Inc. (No. 26-2379), and Penn Manufacturing Industries LLC, PMI EMG Exports Private Ltd, PMI Global Technologies PVT LTD, and International Trading Solutions, Inc. (No. 26-2383)*

**TROUTMAN PEPPER LOCKE LLP**

/s/ Gregory L. Waterworth
Gregory L. Waterworth
greg.waterworth@troutman.com
401 9th Street, NW, Suite 1000
Washington, DC 20004-2134
(202) 220-6928

Emily S. Huggins Jones
emily.hugginsjones@troutman.com
401 9th Street, NW, Suite 500
Washington, DC 20004-2134
(202) 220-6927

*Counsel for Claimants-Appellants Liberty Mutual Insurance Europe SE, Markel Syndicate Management Limited, Munich Re Syndicate Limited, AXA XL Underwriting Agencies Limited, Evanston Insurance Company, Canopius Corporate Capital Ltd., and QBE Corporate Limited (No. 26-2387)*

**STATEMENT OF COUNSEL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 27(a)**

The undersigned, pursuant to Local Rule 27(a), hereby states that counsel for the other parties to the above-identified Appeals join in the filing of this Motion and therefore consent to the granting of the same.

*/s/ Tristan A. Dietrick*
Tristan A. Dietrick

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because this document contains 350 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font, 14-point size.

*/s/ Tristan A. Dietrick*
Tristan A. Dietrick

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November 2026, a true and accurate copy of the foregoing Motion to Suspend Briefing was filed and served via CM/ECF on all counsel of record.

*/s/ Tristan A. Dietrick*
Tristan A. Dietrick