FILED: November 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2355
(1:24-cv-00941-JKB)

---

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI; SYNERGY MARINE PTE, LTD, as Manager of the M/V DALI

Petitioners - Appellees

v.

GERALD BARNEY; THOMAS CRAWLEY; RYAN HALE; TULANI HASAN; DONNY JACKSON; CHARLES PEACOCK; DOUGLAS RAMOS; ALONZO KEY

Claimants - Appellants

---

O R D E R

---

The court grants the motion to suspend briefing pending resolution of the motion to consolidate.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk